NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**POWER-PACKER NORTH AMERICA, INC., DBA GITS MANUFACTURING CO.,**
*Appellant*

**v.**

**G.W. LISK COMPANY, INC.,**
*Cross-Appellant*

_____

2020-1250, 2020-1323

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-02034.

_____

**JUDGMENT**

_____

JONATHAN H. MARGOLIES, Michael Best & Friedrich LLP, Milwaukee, WI, argued for appellant.  Also represented by KATHERINE W. SCHILL; KEVIN MORAN, Waukesha, WI.

WILLIAM R. PETERSON, Morgan, Lewis & Bockius LLP, Houston, TX, argued for cross-appellant.  Also represented by JULIE S. GOLDEMBERG, Philadelphia, PA; JASON C.

WHITE, Morgan, Lewis & Bockius LLP, Chicago, IL; MICHAEL BERCHOU, Harter Secrest & Emery, Buffalo, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, CHEN and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 13, 2021                   /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court